AO 442 (Rev. 11/11) Arrest Warrant  CKD/mcd 2019R00339

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUL 15 A 10: 14

CLERK'S OFFICE
AT GREENBELT

BY _____

| | | |
|---|---|---|
| United States of America<br>v.<br>Patrick Nwaokwu<br><br>Defendant | ) ) ) ) ) ) ) | Case No.  21-mj-2012-TJS |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Patrick Nwaokwu,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349; Conspiracy to Commit False Statements Relating to Health Care Matters, in violation of 18 U.S.C. § 371; and False Statements Relating to Health Care Matters, in violation of 18 U.S.C. § 1035

Date: July 8, 2021

*Issuing officer's signature*

City and state:  Greenbelt, Maryland

Hon. Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/8/21, and the person was arrested on *(date)* 7/9/21
at *(city and state)* GO Palace Greenbelt, MD

Date: 7/12/21

*Arresting officer's signature*

SA Sarah Lewis
*Printed name and title*